1  GLEN E. TUCKER, Bar No. 54709
   GINA J. KIM, Bar No. 253792
2  ALESHIRE & WYNDER, LLP
   2361 Rosecrans Ave., Suite 475
3  El Segundo, CA 90245
   Telephone: (310) 527-6660
4  Facsimile: (310) 532-7395

5  Attorneys for Custodian of Records
   Lompoc Police Department

**NOTE CHANGES MADE BY THE COURT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MOORMAN, | Case No. CV 12-2709 MWF (PJWx) |
| Plaintiff, | Assigned for All Purposes To:<br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm: 1600 - 16th Floor |
| vs. | |
| LOMPOC UNIFIED SCHOOL DISTRICT, A CALIFORNIA PUBLIC ENTITY, GREGORY KAMP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ALFONSO BARAGARZA, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, PAUL BOMMERSBACH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ED ALBRIGHT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, DON CROSS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, MELISSA ZEBLEY, IN HER INDIVIDUAL AND OFFICIAL CAPACITY, FRANK LOPES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, RUBIN TERRONES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1-40, INCLUSIVE, | Filing Fees Exempt, Per Gov't Code § 6103<br><br>**AMENDED STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL DOCUMENTS; [PROPOSED] ORDER**<br><br>*Filed concurrently with Application to Seal Documents; [Proposed] Order to Seal Documents; and [Proposed] Order thereto; and Affidavit of Gina J. Kim* |
| Defendants. | |

26  ///
27  ///
28  ///

---

1 **TO THE HONORABLE COURT:**

2 Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 75-9, Defendant Lompoc Unified School District ("Defendant") and the Lompoc Police Department, as the Custodian of Records, by and through their attorneys of record, hereby Stipulate to the following Protective Order regarding the production of information responsive to Defendant's Deposition Subpoena for Production of Business Records, dated July 16, 2012, to the Lompoc Police Department ("Subpoena").

## JOINT STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED by and between the attorneys for Defendant and for the Lompoc Police Department that the following terms and conditions of this Stipulated Protective Order shall control the exchange and/or use of any and all information responsive to the Subpoena:

1. The information disclosed and delivered to Defendant's counsel of record is confidential and shall be designated as "confidential material," and counsel shall be responsible for insuring compliance with the terms of this Stipulated Protective Order.

   (a) Such information will be treated by Defendant and their representatives as confidential, and will not be used for any purpose other than that of the above-entitled litigation.

   (b) Such information can be disclosed to Defendant's representatives, including attorneys and their staff and experts, as is necessary for purposes of the above-entitled litigation.

   (c) If further items, documents or information are released regarding this request, which is subsequent to the information released by this request, the further use of any of this additional confidential information in motions or other materials filed with the Court will

1  be pursuant to submission of such confidential information under
2  seal and/or subject to a subsequent protective order.
3    2. If any party in possession of the documents covered by this Stipulated
4  Protective Order wishes to utilize any of the materials and/or information contained
5  therein for trial, settlement conference, mediation, law and motion, discovery and/or
6  any other proceeding, such materials shall be filed under seal and the materials shall
7  remain confidential.  If any information and/or documents are produced by
8  Defendant or used in this litigation will be stamped or otherwise marked in a
9  conspicuous location prior to production or use of the document in this litigation as
10 follows: "CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE
11 ORDER, CASE NO. CV 12-2709 MWF".

12   3. Each person to whom disclosure is made, with the exception of those
13 identified above who are presumed to know the contents of this Stipulated Protective
14 Order, shall, prior to the time of the disclosure, be provided with a copy of this order
15 by the person furnishing him/her such material, and shall agree on the record or in
16 writing that he/she has read the Stipulated Protective Order, and that he/she
17 understands the provisions of the Stipulated Protective Order.  Such person also must
18 consent in writing to be subject to the jurisdiction of the Court with respect to any
19 proceeding relating to enforcement of this order, including after the termination of
20 this action for purpose of enforcing the Stipulated Protective Order.  Unless made on
21 the record in this litigation, counsel making the disclosure to any person described
22 above shall retain the original executed copy of said agreement until final
23 termination of this litigation.
24   4. If any information and/or documents which are the subject of this
25 Stipulated Protective Order are presented to any other court in any other matter prior
26 to the time of trial, said information and/or documents shall be lodged under seal in
27 an envelope clearly marked as follows:  "CONFIDENTIAL MATERIAL
28 SUBJECT TO A PROTECTIVE ORDER, CASE NO. CV 12-2709 MWF".

5. Upon final disposition of this case, counsel shall promptly, **without** request by the Lompoc Police Department or further order of the Court, gather and return all discovered and disclosed information, documents and photocopies and/or reproduction of those discovered documents to Aleshire & Wynder, LLP, the attorneys of record for the Lompoc Police Department. This shall include the retrieval of any and all such materials that may have been turned over to any hired and/or employed representatives, including attorneys and experts.

**IT IS SO STIPULATED.**

Dated: August 21, 2012        ALESHIRE & WYNDER, LLP

By: _____
Glen E. Tucker
Attorneys for Defendant
LOMPOC POLICE DEPARTMENT,
as the Custodian of Records

Dated: August 21, 2012        HALL, HIEATT & CONNELY, LLP

By: _____
Clayton U. Hall
Attorney for Defendant
LOMPOC UNIFIED SCHOOL
DISTRICT

## ORDER

Having reviewed and considered the Parties' Amended Stipulation For Protective Order, and good cause showing therein pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 75-9, **IT IS SO ORDERED:** *All under seal filing applications governed by L.R. 79-5*

Dated: 8/22/12        _____
Judge of the United States District Court
PATRICK J. WALSH

*This order does not authorize parties to file documents under seal. PJW*

-4-