20147.32309

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MOORMAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LOMPOC UNIFIED SCHOOL DISTRICT, a California public entity, GREGORY KAMP, in his individual and official capacity ALFONSO BARAGARZA, in his individual and official capacity, PAUL BOMMERSBACH, in his individual and official capacity, ED ALBRIGHT, in his individual and official capacity, DON CROSS, in his individual and official capacity, MELISSA ZEBLEY, in her individual and official capacity, FRANK LOPES, in his individual and official capacity, RUBIN TERRONES, in his individual and official capacity, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. CV 12-2709 MWF (PJWx)<br>[*Assigned to Honorable Michael W. Fitzgerald*]<br><br>ORDER TO DISMISS COMPLAINT<br><br>TRIAL DATE: April 30, 2013<br>TIME:　　　　9:00 a.m.<br>DEPT:　　　　1600 |

///

///

///

**[PROPOSED] ORDER TO DISMISS COMPLAINT**　　　1

1  The Court finds good cause, based upon the settlement between the parties and
2  the Stipulation to Dismiss Complaint to order the dismissal of this action in its entirety
3  with prejudice.
4  IT IS SO ORDERED.

6  Dated April 15, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　HONORABLE MICHAEL FITZGERALD